**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEVIN DUSEK,

Plaintiff

v.

TYLER K. JONES, et al.,

Defendants

Case No.: 3:26-cv-00336-MMD-CSD

**Order**

Re: ECF No.26

Defendants City of Reno and Tyler K. Jones have filed a "Motion Regarding Discovery Dispute and to Designate Internal Affairs Investigation Documents as Confidential under Stipulated Protective Order." (ECF No. 26.) Plaintiff Kevin Renard Dusek filed a response that opposes the motion (ECF No. 28.)

On July 20, 2026, Defendants produced the IA investigation file related to the matter in dispute, designated as confidential pursuant to the parties' stipulated protective order. Plaintiff objects to the designation. In response, Defendants agreed to de-designate some parts of the file, including "policies and procedures and the police report related to the incident described in the Complaint." (ECF No. 1-1 at 3.) But they maintain that the remainder of the file should remain confidential -- at least during the pretrial discovery phase -- and they have filed the instant motion to enforce the designation pursuant to the protective order. (ECF No. 23.)

The court intends to conduct a hearing on Defendants' motion. However, the IA file includes "recorded witness interviews; notices related to the investigation and right to a Chief's hearing; an IA investigative report with any discipline recommendations; a timeline related to the

investigation; and related investigative materials," (ECF No. 1-1 at 2), and almost none of these materials have been produced to the court.

Accordingly, **IT IS HEREBY ORDERED** that on or before September 11, 2026, Defendants will submit to chambers for *in camera* review, all documents and materials in the IA file they seek to maintain as confidential, along with a log that sets forth the basis for a confidentiality designation as to each document or material.

The court will issue a separate order setting a hearing on Defendants' motion.

**IT IS SO ORDERED**.

Dated: August 28, 2026

Craig S. Denney
United States Magistrate Judge